**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **WILLIAM D. JONES,** | ) | **CASE NO. 8:07CV309** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| **U.S. MERIT SYSTEMS PROTECTION BOARD,** | ) ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on its own motion. On April 7, 2008, the Court dismissed Plaintiff's Complaint with prejudice. (Filing Nos. 25 and 26.) On April 16, 2008, Plaintiff filed a Notice of Appeal of the court's Judgment. (Filing No. 27.) However, Plaintiff did not submit the appellate filing fee of $455.00, nor did he submit a motion to proceed in forma pauperis ("IFP"). (Filing No. 28.) Plaintiff was not previously given leave to proceed IFP in the district court.

IT IS THEREFORE ORDERED that:

1. Plaintiff shall have until May 7, 2008, in which to either submit the appellate filing fee of $455.00 or a Motion to Proceed In Forma Pauperis, with the required affidavit. If Plaintiff takes no action, his appeal will not be processed; and

2. The Clerk of the court shall not process the appeal in this matter pending further order of the court.

DATED this 18th day of April, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge